B6F (Official Form 6F) (12/07)

In re **Albert E Stewart,**
       **Antoinette Stewart**
                                                              Debtors

Case No. __**12-18031**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx25CB** <br><br>**Acs Montgmry** <br>**4040 Blackburn Lan Suite 200** <br>**Burtonsville, MD 20866** | | H | **Opened 4/21/08** <br>**Collection 04 Montgomery County** | | | | 255.00 |
| Account No. **xxxxxx5656** <br><br>**Afni, Inc.** <br>**Po Box 3427** <br>**Bloomington, IL 61702** | | H | **Opened 10/29/10  Last Active 10/17/11** <br>**Collection T-Mobile** | | | | 200.00 |
| Account No. **xxxxx0273** <br><br>**Afs Acceptance Llc** <br>**101 Ne 3rd Ave Ste 2000** <br>**Ft Lauderdale, FL 33301** | | H | **Opened 5/02/11 Last Active 3/02/12** <br>**voluntary surrender** | | | | 12,140.00 |
| Account No. <br><br>**Ager Road Station Apartments** <br>**5720 29th Avenue** <br>**Hyattsville, MD 20782** | | J | **Debtors believe this debt has been paid** | | | | Unknown |

__10__ continuation sheets attached

Subtotal
(Total of this page)    **12,595.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert E Stewart,**
        **Antoinette Stewart**
_____,
                    Debtors

Case No. __**12-18031**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4785** <br><br> **Allianceone** <br> **1684 Woodlands Dr Suite 150** <br> **Maumee, OH 43537** | | W | **Opened 9/01/09 Last Active 7/01/09** <br> **Collection Washington Gas** | | | | 0.00 |
| Account No. **xxxxxxx0178** <br><br> **American Collections E** <br> **205 S Whiting St Ste 500** <br> **Alexandria, VA 22304** | | H | **Opened 5/01/08 Last Active 11/01/07** <br> **Collection Cardiology Associate** | | | | 885.00 |
| Account No. **-xxxxxxxxxxxx2943** <br><br> **Amex** <br> **Po Box 297871** <br> **Fort Lauderdale, FL 33329** | | W | **Opened 8/05/85 Last Active 11/01/11** | | | | 7.00 |
| Account No. <br><br> **Central Collections Unit** <br> **300 West Preston Street, Room 500** <br> **Baltimore, MD 21201** | | H | **MVA fines & assessments including insurance violation(s)** | | | | 2,500.00 |
| Account No. <br><br> **Coastal Credit LLC** <br> **3852 Virginia Beach Blvd** <br> **Virginia Beach, VA 23452** | | J | **vehicle repossession** | | | | 12,159.00 |
| Sheet no. __**1**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | 15,551.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert E Stewart,**
       **Antoinette Stewart**                                           Case No.  **12-18031**
_____,
                        Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7148**<br><br>**Credit Coll**<br>**Po Box 9134**<br>**Needham, MA 02494** | | H | **Opened 9/13/05**<br>**Collection 06 Progressive Insur** | | | | **490.00** |
| Account No. **xx1783**<br><br>**Creditor Claims Of A**<br>**611 Sligo Avenue**<br>**Silver Spring, MD 20910-4710** | | H | **Opened 2/01/06 Last Active 8/01/05**<br>**GovernmentSecuredDirectLoan Washington Adve** | | | | **431.00** |
| Account No.<br><br>**Duane Calhoun**<br>**9900-E Greenbelt Rd #199**<br>**Lanham, MD 20706** | | J | **Landlord claim: Same debt as listed for Terrell Allen elsewhere on this Schedule**<br><br>**Landlord has Code violations/occupancy permit issues** | | X | X | **3,600.00** |
| Account No. **xxxxxxxxxxxx0002**<br><br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | **Opened 6/29/09 Last Active 3/01/12**<br>**Educational** | | | | **6,634.00** |
| Account No. **xxxxxxxxxxxx0001**<br><br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | **Opened 6/29/09 Last Active 3/01/12**<br>**Educational** | | | | **3,527.00** |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **14,682.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Albert E Stewart,**
       **Antoinette Stewart**                                                      Case No.   **12-18031**
_____,
                                  Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0006<br><br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | Opened 6/13/11 Last Active 3/01/12<br>Educational | | | | 3,000.00 |
| Account No. xxxxxxxxxxxx0005<br><br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | Opened 6/13/11 Last Active 3/01/12<br>Educational | | | | 1,750.00 |
| Account No. xxxxxxxxxxxx0003<br><br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | Opened 9/14/10 Last Active 3/01/12<br>Educational | | | | 412.00 |
| Account No. xxxxxxxxxxxx3828<br><br>**Fhut/Metbk**<br>**6250 idgewood Road**<br>**Saint Cloud, MN 56303** | | W | Opened 4/01/11 Last Active 6/01/11 | | | | 167.00 |
| Account No. xxxxxxxxxxxx4295<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | W | Opened 12/25/08 Last Active 2/01/09<br>ChargeAccount | | | | 462.00 |

Sheet no. **3** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,791.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Albert E Stewart,**
**Antoinette Stewart**, Case No. **12-18031**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Gates Bail Bonds**<br>**14624 Main Street**<br>**Upper Marlboro, MD 20772** | | J | | | | | **4,290.00** |
| Account No. **xxxx2493**<br>**Harvard Collections**<br>**4839 N Elton**<br>**Chicago, IL 60630** | | H | **Opened 3/01/11 Last Active 2/01/10**<br>**Collection Sprint** | | | | **824.00** |
| Account No. **xxxxxxxxxx2265**<br>**Hyundai Finc**<br>**10550 Talbert Av**<br>**Fountain Valle, CA 92708** | | H | **Opened 4/09/04 Last Active 2/17/06**<br>**Automobile** | | | | **5,692.00** |
| Account No. **xxxxxx1781**<br>**I C System**<br>**Po Box 64378**<br>**Saint Paul, MN 55164** | | W | **Opened 10/04/06**<br>**Collection 06 Crown Premium Fun** | | | | **91.00** |
| Account No. **xxxxxx4001**<br>**I C System Inc**<br>**Po Box 64378**<br>**Saint Paul, MN 55164** | | W | **Opened 10/04/06**<br>**Collection Crown Premium Fundin** | | | | **91.00** |

Sheet no. **4** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **10,988.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Albert E Stewart,**
 **Antoinette Stewart**,
Debtors

Case No. **12-18031**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2012** <br><br>**Ics Financial Servic**<br>**3714 Norrisville Road**<br>**Jarrettsville, MD 21084-1434** | | W | Opened 11/01/07  Last Active  9/01/07<br>Collection Cac | | | | 111.00 |
| Account No. **xxx9241** <br><br>**Jprecovery**<br>**20220 Center Ridge #370**<br>**Rocky River, OH 44116** | | W | Opened 4/13/07<br>Collection Med1 George Washingt | | | | 160.00 |
| Account No. **xxx4726** <br><br>**Merchants & Medcal**<br>**6324 Taylor Dr**<br>**Flint, MI 48507** | | H | Opened 6/15/07  Last Active  5/01/07<br>Collection Public Storage Inc | | | | 461.00 |
| Account No. **xxx9886** <br><br>**Meridian Financial M**<br>**575 Main Street**<br>**Laurel, MD 20707** | | H | Opened 10/01/10  Last Active  6/01/10<br>Collection Doctors Emergen | | | | 306.00 |
| Account No. **xxx4752** <br><br>**Meridian Financial M**<br>**575 Main Street**<br>**Laurel, MD 20707** | | H | Opened 10/01/10  Last Active  6/01/10<br>Collection Diagnostic Imag | | | | 210.00 |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,248.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert E Stewart,**
       **Antoinette Stewart**                                                        Case No.   **12-18031**
_____,
                                         Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3633**  **Meridian Financial M** **575 Main Street** **Laurel, MD 20707** | | H | Opened 11/01/10  Last Active  8/01/10 GovernmentSecuredDirectLoan Doctors Emergen | | | | 181.00 |
| Account No. **xxx0692**  **Meridian Financial M** **575 Main Street** **Laurel, MD 20707** | | H | Opened 10/01/10  Last Active  6/01/10 GovernmentSecuredDirectLoan Doctors Emergen | | | | 105.00 |
| Account No. **xxx4753**  **Meridian Financial M** **575 Main Street** **Laurel, MD 20707** | | H | Opened 10/01/10  Last Active  6/01/10 Collection Diagnostic Imag | | | | 100.00 |
| Account No. **xxxxxx9455**  **Midland Funding** **8875 Aero Dr Ste 200** **San Diego, CA 92123** | | W | Opened  6/13/11  Last Active  4/01/09 Collection Verizon Maryland Inc | | | | 832.00 |
| Account No. **xxxxxxxxx855O**  **Midnight Velvet** **1112 7th Ave** **Monroe, WI 53566** | | W | Opened 9/03/11  Last Active 11/01/11 ChargeAccount | | | | 260.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,478.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert E Stewart,**
       **Antoinette Stewart**                                    ,        Case No.  **12-18031**
                                                        Debtors

**AMENDED**
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1346** <br><br>**National Rec** <br>**416 S Main Suite 3** <br>**Ottawa, KS 66067** | | W | **Opened 5/13/09** <br>**Collection 01 Cash Transfer Cen** | | | | **902.00** |
| Account No. **xxxx7917** <br><br>**National Recovery** <br>**4201 Crums Mill Rd** <br>**Harrisburg, PA 17112** | | W | **Opened 8/01/09  Last Active 2/01/06** <br>**Collection Sound And Spiri** | | | | **45.00** |
| Account No. **xxx4588** <br><br>**National Ser** <br>**18820 Aurora Av N. #205** <br>**Seattle, WA 98133** | | J | **Opened 5/01/06  Last Active 4/01/06** <br>**Collection Murphy Duyile** | | | | **5,114.00** |
| Account No. **xxx4587** <br><br>**National Ser** <br>**18820 Aurora Av N. #205** <br>**Seattle, WA 98133** | | J | **Opened 5/01/06  Last Active 3/01/06** <br>**Collection Murphy Duyile** | | | | **5,090.00** |
| Account No. **xxxx xx62  31** <br><br>**PEPCO** <br>**PO Box 13608** <br>**Philadelphia, PA 19101** | | J | **Service Address: 8620 Cunningham Drive** <br>**College Park, MD 20740** | | | | **893.42** |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **12,044.42**

B6F (Official Form 6F) (12/07) - Cont.

In re **Albert E Stewart,**
        **Antoinette Stewart** ,
                                        Debtors

Case No.  **12-18031**

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Prince George's Hospital Center**<br>**PO Box 630917**<br>**Baltimore, MD 21263-0917** | | J | | | | | 647.00 |
| Account No. **xxxx9280**<br>**Profess Acct**<br>**633 W Wisconsin Av**<br>**Milwaukee, WI 53203** | | H | **Opened 4/16/09**<br>**Collection District Of Columbia** | | | | 100.00 |
| Account No.<br>**Progressive Direct Insurance Co**<br>**6300 Wilson Mills Rd**<br>**Cleveland, OH 44143** | | J | | | | | 466.73 |
| Account No.<br>**Royal Motors**<br>**2901 Hamilton St**<br>**Hyattsville, MD 20782** | | J | **2/12**<br>**Purchase of 2005 Chrsler Town & Country** | | | | 3,900.00 |
| Account No. **xxxxxxxxxxxxx1000**<br>**Santander Consumer Usa**<br>**Po Box 961245**<br>**Ft Worth, TX 76161** | | W | **Opened 6/03/06 Last Active 12/04/08**<br>**voluntary surrender** | | | | 12,303.00 |

Sheet no. **8** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **17,416.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert E Stewart,**                                          Case No.   __**12-18031**__
       **Antoinette Stewart**
_____,
                                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9108**<br><br>**State Of Md/Ccu**<br>**300 W Preston St Ste 503**<br>**Baltimore, MD 21201** | | H | **Opened 9/28/11**<br>**Collection Motor Vehicle Admin.** | | | | 1,683.00 |
| Account No.<br><br>**Terrell Allen**<br>**9900-E Greenbelt Rd #199**<br>**Lanham, MD 20706** | | J | **Landlord claim: Same Debt of $3600 listed for Duane Calhoun elsewhere on this Schedule/ Landlord has Code violations/occupancy permit issues** | | X | X | 0.00 |
| Account No.<br><br>**Triad Financial**<br>**5201 Rufe Snow Dr #40**<br>**North Richland Hills, TX 76180** | | J | | | | | **Unknown** |
| Account No. **xxxx8249**<br><br>**United Collect Bur Inc**<br>**5620 Southwyck Blvd Ste**<br>**Toledo, OH 43614** | | W | **Opened 2/05/07 Last Active 8/01/06**<br>**Collection Prince George S Hosp** | | | | 332.00 |
| Account No. **xxxxx6994**<br><br>**Verizon Maryland Inc**<br>**500 Technology Dr**<br>**Weldon Spring, MO 63304** | | H | **Opened 12/01/10 Last Active 12/01/10**<br>**Collection** | | | | 389.00 |

Sheet no. __**9**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     2,404.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert E Stewart,**     Case No. **12-18031**
       **Antoinette Stewart**
                                                  Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx0499<br><br>Verizon Maryland Inc<br>500 Technology Dr<br>Weldon Spring, MO 63304 | | W | Opened 3/11/02 Last Active 4/21/06<br>ChargeAccount | | | | 266.00 |
| Account No.<br><br>Waleola Duyile<br>9094 Baltimore Blvd<br>College Park, MD 20740 | | J | back rent & fees | | | X | 3,419.00 |
| Account No. xxxxxx9672<br><br>WASHINGTON GAS<br>P.O BOX 37747<br>Philadelphia, PA 19101 | | J | Service Address: 8620 Cunningham Drive<br>College Park, MD 20740 | | | | 1,473.00 |
| Account No.<br><br>WSSC<br>14501 Sweitzer Lane<br>Laurel, MD 20707 | | J | 1692615<br>Service Address: 8620 Cunningham Drive<br>College Park, MD 20740 | | | | 583.71 |
| Account No. | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **5,741.71**

Total (Report on Summary of Schedules)    **99,939.86**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  **Albert E Stewart**
     **Antoinette Stewart**
                 Debtor(s)

Case No.  **12-18031**
Chapter  **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 9, 2012**  Signature  **/s/ Albert E Stewart**
                                  **Albert E Stewart**
                                  Debtor

Date **May 9, 2012**  Signature  **/s/ Antoinette Stewart**
                                  **Antoinette Stewart**
                                  Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.